UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN FIDELITY ASSURANCE COMPANY and AMERICAN FIDELITY CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>AMERICAN FIDELITY FINANCIAL SERVICES, INC.,<br><br>        Defendant. | CIVIL ACTION NO. : 1:14-cv-07747<br><br>**CERTIFICATION REGARDING NOTICE OF VOLUNTARY MEDIATION PROGRAM** |

The undersigned counsel hereby certifies that true and correct copies of materials pertaining to the Court's Voluntary Mediation Program have been provided to Plaintiffs and counsel for Defendant.

Dated: October 21, 2014

Respectfully submitted,

PATTISHALL, McAULIFFE, NEWBURY,
  HILLIARD & GERALDSON LLP

By: /Seth I. Appel/

David C. Hilliard (ARDC No. 1217496)
dch@pattishall.com
Jonathan S. Jennings (ARDC No. 6204474)
jsj@pattishall.com
Seth I. Appel (ARDC No. 6307407)
sia@pattishall.com
200 S. Wacker Drive, Suite 2900
Chicago, Illinois 60606
Telephone: (312) 554-8000
Facsimile: (312) 554-8015

*Attorneys for Plaintiffs*
*American Fidelity Assurance Company*
*and American Fidelity Corporation*