# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 14-cv-07747 |
| American Fidelity Assurance Company and American Fidelity Corporation, Plaintiffs | |
| v | |
| American Fidelity Financial Services, Inc. | |

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

Defendant

| | |
|---|---|
| **NAME (Type or print)** | |
| Natalie A. Remien | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ Natalie A. Remien | |
| **FIRM** | |
| Roberts McGivney Zagotta | |
| **STREET ADDRESS** | |
| 55 W. Monroe St., Suite 1700 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER** |
| 6270486 | 312.251.2292 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✔ |